UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

DAVID SALEWSKE,
and SHARI SALEWSKE,

  Plaintiffs,

v.

TROTT & TROTT, P.C.,
aka Trott Law, P.C.,

  Defendant.

Case No.: 2:16-cv-184
Hon. Paul L. Maloney

## STIPULATION TO TRANSFER VENUE

1. Plaintiff filed this action on August 10, 2016.  Dkt. 1.

2. The Complaint alleges that Plaintiff is a resident of the County of Cheboygan, Michigan.  Dkt. 1, at ¶ 10.

3. The Complaint further alleges that Defendant is located in the County of Oakland, Michigan.  Dkt. 1, ¶ 11.

4. The Complaint alleges a violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*., and is premised on activity associated with a non-judicial foreclosure. The conduct at issue is alleged to have taken place in the County of Cheboygan.

5. Venue under the circumstances alleged is proper in the Eastern District of Michigan, Northern Division.

6. Pursuant to 28 U.S.C. § 1391(b), venue is proper in the Eastern District of Michigan, Northern Division.

7. The parties stipulate to the transfer of this action to the Eastern District of Michigan, Northern Division.

8. Any costs associated with this transfer shall be the responsibility of Plaintiff.

Stipulated and agreed:

| | |
|---|---|
| */s/ Brian P. Parker (with consent)* | */s/ Timothy B. Myers* |
| Brian P. Parker (P48617) | Timothy B. Myers (P48152) |
| Attorney for Plaintiff | Attorney for Defendant |
| 2000 Town Ctr Ste 1900 | 2723 S State St Ste 150 |
| Southfield, MI 48075-1152 | Ann Arbor, MI 48104-6188 |
| Tel: (248) 342-9583 | Tel: (734) 222-5179 |
| brianparker@collectionstopper.com | tmyers@olsonlawpc.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2016 I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all attorneys of record.

/s/ Timothy B. Myers
Timothy B. Myers (P48152)
**OLSON LAW GROUP**
