UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| DAVID SALEWSKE AND SHARI SALEWSKE, <br>　　　Plaintiffs, <br><br> -v- <br><br> TROTT & TROTT, P.C., A/K/A TROTT LAW, P.C., <br>　　　Defendant. | No. 2:16-cv-184 <br><br> HONORABLE PAUL L. MALONEY |

## ORDER TRANSFERRING ACTION TO THE EASTERN DISTRICT OF MICHIGAN

The parties believe this action should be transferred to the Eastern District of Michigan and have submitted a stipulation and proposed order to that effect. (ECF No. 6 at Page ID.23.)

The Court agrees with the parties' conclusion that "[p]ursuant to 28 U.S.C. §1391(b), venue is proper in the Eastern District of Michigan, Northern Division." (*Id*.)

"The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a). "This language of § 1406(a) is amply broad enough to authorize the transfer of cases, however wrong the plaintiff may have been in filing his case as to venue . . . ." *Goldlawr, Inc. v. Heiman*, 369 U.S. 463, 466 (1962).

Accordingly, in its discretion, the Court hereby **TRANSFERS** this action to the United States District Court for the Eastern District of Michigan. (ECF No. 6.)

　　**IT IS SO ORDERED.**

　　Date:  September 12, 2016 　　　　　　　 /s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge